<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7216**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WESLEY HODGE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern. Terrence W. Boyle, Chief District Judge. (CR-96-54-BO, CA-99-178-4-BO)

Submitted: January 14, 2002          Decided: February 4, 2002

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Wesley Hodge, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wesley Hodge seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.[*] See United States v. Hodge, Nos. CR-96-54-BO, CA-99-178-4-BO (E.D.N.C. June 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We note that the district court did not abuse its discretion by denying Hodge's motions to amend his § 2255 motion as such amendments would have been futile. See United States v. Pittman, 209 F.3d 314, 317-18 (4th Cir. 2000), and United States v. Sanders, 247 F.3d 139, 151 (4th Cir. 2001).

2